UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE GUADALUPE MENDEZ-CAZARES,

        Defendant.
_____/

Case No. 1:21-cr-20489

Honorable Thomas L. Ludington
Magistrate Judge Patricia T. Morris

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA**

On August 31, 2021, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Jose Guadalupe Mendez-Cazares's consent. Judge Morris issued her Report and Recommendation on August 31, 2021, recommending that this Court accept Defendant's guilty plea. ECF No. 15.

Although Judge Morris's Report stated that the parties to this action could object and seek review within 14 days of service of the Report, neither Plaintiff nor Defendant have objected. The failure to object waives any right to appeal Judge Morris's finding that Defendant was competent to enter a plea and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 15, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**.

Dated: September 17, 2021                              s/Thomas L. Ludington
                                                                        THOMAS L. LUDINGTON
                                                                            United States District Judge